**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ  07068
Tel. 973.597.2500
Fax  973.597.2400

*Counsel for the Janus Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANUS ASPEN SERIES, JANUS ASPEN BALANCED PORTFOLIO, JANUS ASPEN FORTY PORTFOLIO, JANUS ASPEN GLOBAL RESEARCH PORTFOLIO, JANUS ASPEN JANUS PORTFOLIO, JANUS CAPITAL FUNDS PLC, JANUS CAPITAL FUNDS PLC JANUS HIGH YIELD FUND, JANUS CAPITAL FUNDS PLC JANUS BALANCED FUND, JANUS CAPITAL FUNDS PLC JANUS GLOBAL HIGH YIELD FUND, JANUS CAPITAL FUNDS PLC JANUS GLOBAL LIFE SCIENCES FUND, JANUS CAPITAL FUNDS PLC JANUS GLOBAL RESEARCH FUND, JANUS CAPITAL FUNDS PLC JANUS US FUND, JANUS CAPITAL FUNDS PLC JANUS US TWENTY FUND, JANUS INSTITUTIONAL CONCENTRATED GROWTH PORTFOLIO, JANUS INVESTMENT FUND, JANUS BALANCED FUND, JANUS FORTY FUND, JANUS FUND, JANUS GLOBAL LIFE SCIENCES FUND, JANUS GLOBAL RESEARCH FUND, JANUS HIGH-YIELD FUND, JANUS CAPITAL GROUP INC., CONCENTRATED GROWTH MANAGEMENT ACCOUNT, and JANUS GLOBAL LIFE SCIENCES MANAGED ACCOUNT, <br><br>                  Plaintiffs,<br><br>                  v. | Civil Case No. 3:16-cv-07497<br><br><br>**PLAINTIFFS' RULE 7.1 STATEMENT** |

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., J. MICHAEL
PEARSON, and HOWARD B. SCHILLER,

Defendants.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Janus Aspen Balanced Portfolio, Janus Aspen Forty Portfolio, Janus Aspen Global Research Portfolio, Janus Aspen Janus Portfolio, Janus Capital Funds plc Janus High Yield Fund, Janus Capital Funds plc Janus Balanced Fund, Janus Capital Funds plc Janus Global High Yield Fund, Janus Capital Funds plc Janus Global Life Sciences Fund, Janus Capital Funds plc Janus Global Research Fund, Janus Capital Funds plc Janus US Fund, Janus Capital Funds plc Janus US Twenty Fund, Janus Institutional Concentrated Growth Portfolio, Janus Balanced Fund, Janus Forty Fund, Janus Fund, Janus Global Life Sciences Fund, Janus Global Research Fund, Janus High-Yield Fund, Concentrated Growth Management Account, and Janus Global Life Sciences Managed Account (collectively, the "Janus Plaintiffs") hereby certifies as follows.

Janus Aspen Balanced Portfolio is a series of Janus Aspen Series.  To the best of Plaintiffs' knowledge, Janus Aspen Balanced Portfolio has no parent corporations, and no publicly held corporation owns 10% or more of Janus Aspen Balanced Portfolio's stock.  Janus Aspen Balanced Portfolio's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Aspen Forty Portfolio is a series of Janus Aspen Series. To the best of Plaintiffs' knowledge, Janus Aspen Forty Portfolio has no parent corporations, and no publicly held corporation owns 10% or more of Janus Aspen Forty Portfolio's institutional stock or service stock.  Janus Aspen Forty Portfolio's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Aspen Global Research Portfolio is a series of Janus Aspen Series.  To the best of Plaintiffs' knowledge, Janus Aspen Global Research Portfolio has no parent corporations,

and no publicly held corporation owns 10% or more of Janus Aspen Global Research Portfolio's stock.  Janus Aspen Global Research Portfolio's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Aspen Janus Portfolio is a series of Janus Aspen Series.  To the best of Plaintiffs' knowledge, Janus Aspen Janus Portfolio has no parent corporations, and no publicly held corporation owns 10% or more of Janus Aspen Janus Portfolio's institutional stock or service stock.  Janus Aspen Janus Portfolio's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus High Yield Fund is an investment portfolio of Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus High Yield Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus High Yield Fund's stock.  Janus Capital Funds plc Janus High Yield Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus Balanced Fund is an investment portfolio of the Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus Balanced Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus Balanced Fund's stock.  Janus Capital Funds plc Janus Balanced Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus Global High Yield Fund is an investment portfolio of the Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus Global High Yield Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus Global High Yield Fund's stock.  Janus Capital Funds plc Janus Global High Yield Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus Global Life Sciences Fund is an investment portfolio of the Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus Global Life Sciences Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus Global Life Sciences Fund's stock.  Janus Capital Funds plc Janus Global Life Sciences Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus Global Research Fund is an investment portfolio of the Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus Global Research Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus Global Research Fund's stock.  Janus Capital Funds plc Janus Global Research Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus US Fund is an investment portfolio of the Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus US Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus US Fund's stock.  Janus Capital Funds plc Janus US Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

Janus Capital Funds plc Janus US Twenty Fund is an investment portfolio of the Janus Capital Funds plc.  To the best of Plaintiffs' knowledge, Janus Capital Funds plc Janus US Twenty Fund has no parent corporations, and no publicly held corporation owns 10% or more of Janus Capital Funds plc Janus US Twenty Fund's stock.  Janus Capital Funds plc Janus US Twenty Fund's investment adviser, Janus Capital International Limited, is an indirect subsidiary of Janus Capital Group, Inc., a public company.

To the best of Plaintiffs' knowledge, Janus Institutional Concentrated Growth Portfolio has no parent corporations, and no publicly held corporation owns 10% or more of

Janus Institutional Concentrated Growth Portfolio's stock.  Janus Institutional Concentrated Growth Portfolio's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Balanced Fund is a series of Janus Investment Fund.  To the best of Plaintiffs' knowledge, Janus Balanced Fund has no parent corporations, and no publicly held corporation owns 10% or more Janus Balanced Fund's stock.  Janus Balanced Fund's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Forty Fund is a series of Janus Investment Fund.  To the best of Plaintiffs' knowledge, Janus Forty Fund has no parent corporations, and no publicly held corporation owns 10% or more Janus Forty Fund's stock.  Janus Forty Fund's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Fund is a series of Janus Investment Fund.  To the best of Plaintiffs' knowledge, Janus Fund has no parent corporations, and no publicly held corporation owns 10% or more Janus Fund's stock.  Janus Fund's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Global Life Sciences Fund is a series of Janus Investment Fund.  To the best of Plaintiffs' knowledge, Janus Global Life Sciences Fund has no parent corporations, and no publicly held corporation owns 10% or more Janus Global Life Sciences Fund's stock.  Janus Global Life Sciences Fund's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus Global Research Fund is a series of Janus Investment Fund.  To the best of Plaintiffs' knowledge, Janus Global Research Fund has no parent corporations, and no publicly held corporation owns 10% or more Janus Global Research Fund's stock.  Janus Global Research Fund's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Janus High-Yield Fund is a series of Janus Investment Fund.  To the best of Plaintiffs' knowledge, Janus High-Yield Fund has no parent corporations, and no publicly held corporation owns 10% or more Janus High-Yield Fund's stock.  Janus High-Yield Fund's investment adviser, Janus Capital Management LLC, is a subsidiary of Janus Capital Group, Inc., a public company.

Concentrated Growth Management Account is a proprietary account of Janus Capital Group Inc., a publicly traded company.  Janus Capital Group Inc. has no parent corporations, and, to the best of Plaintiffs' knowledge, Da-Ichi Life Holdings, Inc. owns 10% or more of Janus Capital Group Inc.'s stock.

Janus Global Life Sciences Managed Account is a proprietary account of Janus Capital Group Inc., a publicly traded company.  Janus Capital Group Inc. has no parent corporations, and, to the best of Plaintiffs' knowledge, Da-Ichi Life Holdings, Inc. owns 10% or more or Janus Capital Group Inc.'s stock.

Dated: October 25, 2016         **LOWENSTEIN SANDLER LLP**

By:    s/ Lawrence M. Rolnick
        Lawrence M. Rolnick
        Marc B. Kramer
        Thomas E. Redburn, Jr.
        Sheila A. Sadighi
        Michael J. Hampson
        65 Livingston Avenue
        Roseland, NJ  07068
        Tel. 973.597.2500
        Fax  973.597.2400
        lrolnick@lowenstein.com
        mkramer@lowenstein.com
        tredburn@lowenstein.com
        ssadighi@lowenstein.com
        mhampson@lowenstein.com

*Counsel for the Janus Plaintiffs*