UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>         Defendants. | Civil Action No. 16-7321(MAS)(LHG) |
| MSD TORCHLIGHT PARTNERS, L.P., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>         Defendants. | Civil Action No. 16-7324(MAS)(LHG) |
| BLUEMOUNTAIN FOINAVEN MASTER FUND L.P., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>         Defendants. | Civil Action No. 16-7328(MAS)(LHG) |

| | |
|---|---|
| INCLINE GLOBAL MASTER LP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 16-7494(MAS)(LHG) |
| VALIC COMPANY I, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 16-7496(MAS)(LHG) |
| JANUS ASPEN SERIES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 16-7497(MAS)(LHG)<br><br>NOTICE OF PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINTS<br><br>(ORAL ARGUMENT REQUESTED)<br><br>Motion Date: September 5, 2017 |

PLEASE TAKE NOTICE that on September 5, 2017, defendant J. Michael Pearson ("Pearson") will and hereby does move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure before the Honorable Michael A. Shipp, United States District Judge for the District of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street,

Trenton, New Jersey 08608, for an order (i) dismissing Counts III and IV in Plaintiffs' complaints in each of the above-captioned actions, and (ii) limiting the scope of Counts I and II in the *Discovery Global* (No. 16-7321), *BlueMountain* (No. 16-7328), *VALIC* (No. 16-7496), and *Janus* (No. 16-7497) actions to exclude Plaintiffs' purchases of Valeant Pharmaceuticals International, Inc. ("Valeant") securities that occurred after October 2015. Pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), Pearson respectfully requests that the Court grant oral argument on this motion.

In support of this motion, Pearson relies upon the memorandum of law submitted by Valeant in support of its partial motion to dismiss the Plaintiffs' complaints and all further filings and proceedings had in these actions. Because Plaintiffs' allegations with respect to Count II are entirely dependent upon primary liability under Count I, Pearson relies upon the arguments made by Valeant in connection with limiting Count I in support of his motion to also limit Count II (control person liability under Section 20(a)). For these reasons, Pearson need not submit his own memorandum of law in support of this motion.

| | |
|---|---|
| Dated: June 16, 2017 | DEBEVOISE & PLIMPTON LLP |
| By: | /s/ Holly S. Wintermute |

        Holly S. Wintermute
        Bruce E. Yannett (motion for *pro hac vice* admission pending)
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York 10022
        Telephone:  (212) 909-6000
        Facsimile:  (212) 909-6836

        Jonathan R. Tuttle (motion for *pro hac vice* admission pending)
        Ada Fernandez Johnson (motion for *pro hac vice* admission pending)
        Anna Moody (motion for *pro hac vice* admission pending)
        DEBEVOISE & PLIMPTON LLP
        801 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone: (202) 383-8000
        Facsimile: (202) 383-8118

        *Attorneys for J. Michael Pearson*